UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY AARON JOHN,<br>TRAVIS RAY JOHN,<br>TIFFANY LYNNAE JOHN,<br>TYRONE FRED JOHN,<br>SHIRLEY L. PALMER,<br>LESLIE L. PALMER,<br>JALEEN M. FLOWERS, and<br>JESSE WADE PALMER,<br><br>                Plaintiffs,<br><br>   v.<br><br>THE SECRETARY OF THE INTERIOR, through its Acting Assistant Secretary, BUREAU OF INDIAN AFFAIRS, its officers, servants, agents, employees, representatives, and attorneys,<br><br>                Defendants. | Case No. 3:14-cv-00247-RCJ-VPC<br><br>STIPULATION AND ORDER<br>SETTING BRIEFING SCHEDULE |

Come now Plaintiffs and the Secretary of the Interior ("Secretary"), through their respective undersigned counsel, and agree and stipulate as follows:

1. This is an action brought by plaintiffs to challenge the determinations by the Secretary regarding each plaintiffs' non-eligibility for inclusion on the Western Shoshone Judgment roll.

1

2. In accordance with the stipulated Order (#31) the Secretary filed the Administrative Record (#32) on March 12, 2018, pertaining to the non-eligibility determinations at issue in this case.

3. If any of the plaintiffs intend to further challenge the Secretary's non-eligibility determinations, such plaintiff shall file his/her/their motion for summary judgment and corresponding memorandum of law on or before May 14, 2018. If any of the plaintiffs do not file a motion for summary judgment by said date, the claims of such non-filing plaintiffs shall be dismissed with prejudice.

4. If a motion for summary judgment is filed by one or more of the plaintiffs in accordance with paragraph three, above, the Secretary shall file his cross-motion for summary judgment and corresponding memorandum of law on or before May 30, 2018. The Secretary's cross-motion shall also function as the Secretary's opposition to plaintiffs' motion for summary judgment. Plaintiffs shall thereafter file on or before June 22, 2018, their opposition to the Secretary's cross-motion for summary judgment, which opposition shall also function as a reply memorandum in support of plaintiffs' motion for summary judgment. The Secretary may thereafter file on or before July 9, 2018, a final reply memorandum in support of the Secretary's cross-motion for summary judgment.

5. Each party shall support their respective motions with appropriate references to pages of the Administrative Record, with copies of the referenced pages provided in an appendix to the

//

//

//

motion. The parties shall make appropriate redactions to protect personal identifying information of non-parties.

<pre>
s/ Treva J. Hearne                                    s/ Greg Addington
TREVA J. HEARNE, Esq.                                 GREG ADDINGTON
Counsel for Plaintiffs                                Assistant United States Attorney
Timothy Aaron John, Travis Ray John,
Tiffany Lynnae John, Tyrone Fred John,
Shirley L. Palmer, Leslie L. Palmer,
Jaleen M. Flowers, and Jesse Wade Palmer
</pre>

IT IS SO ORDERED.

DATED: March 20th, 2018.   _____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE